**Order entered December 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01310-CV

## VERSACOM, LLC, Appellant

## V.

## NETICOM, LLC, LOC W. TRAN, TUAN A. NGO, AND HOAN BUI, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02676-2013**

## ORDER

Before the Court is court reporter Susan Maienschein's December 29, 2016 second motion for an extension of time to file the reporter's record. The Court **GRANTS** Ms. Maienschein's motion.

We **ORDER** Ms. Maienschein's to file the reporter's record on or before **JANUARY 27, 2017.**

/s/    ELIZABETH LANG-MIERS
        JUSTICE